THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID M. OLTARSH, Appellant, against SAMUEL LEVY, as President of the Borough of Manhattan of the City of New York, Respondent.

(Argued January 8, 1935; decided January 22, 1935.)

524

*John J. Bennett, Jr., Attorney-General (Dorothy U. Smith* and *Henry Epstein* of counsel), for appellant.

*Paul Windels, Corporation Counsel (Henry J. Shields* and *Paxton Blair* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.